UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Stewart, | Case # 2:19-cv-00286-JAM-CKD |
| Plaintiff, | ORDER TO CONTINUE |
| vs. | CDCR DEFENDANTS' MOTION TO |
| | DISMISS PURSUANT TO RULE 12(b)(6) |
| Dr. Law Fu, Associate Warden Melba S. Starr, Warden Robert Burton, | |
| Parole Officer Ken Dixon, | |
| Sacramento County Sheriff Department, Sacramento County Sheriff Scott Jones, Sacramento County Sheriff Department Employees John Does #1-10, | |
| Sacramento County Office of County Counsel, Sacramento County Counsel Traci Lee, Sacramento County Counsel Employee Rick Heyer, Sacramento County Counsel Employee Mr. Woods | |
| Defendants. | |

PROPOSED ORDER TO CONTINUE HEARING ON CDCR DEFENDANTS' MOTION TO DISMISS PURSUANT TO 12(b)(6)

Based on the Stipulation to Continue the hearing on Docket entry #15, the court ORDERS

1) Plaintiff is to file any opposition to Docket #15 no later than September 15, 2020.

2) Defendant is to file any reply brief or statement of non-opposition no later than September 22, 2020.

3) The hearing on Docket #15 currently scheduled for September 15, 2020 at 1:30pm shall be moved to OCTOBER 27, 2020 at 1:30pm.

IT IS SO ORDERED,

DATE:  9/14/2020

/s/ John A. Mendez_____
Hon. John A Mendez