```
 1  ROB BONTA, State Bar No. 202668
    Attorney General of California
 2  IVETA OVSEPYAN, State Bar No. 279218
    Supervising Deputy Attorney General
 3  JULIO A. HERNANDEZ, State Bar No. 260508
    Deputy Attorney General
 4   1300 I Street, Suite 125
     P.O. Box 944255
 5   Sacramento, CA 94244-2550
     Telephone: (916) 210-6238
 6   Fax: (916) 322-8288
     E-mail: Julio.Hernandez@doj.ca.gov
 7  Attorneys for Defendant
    Dr. Law Fu
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEWART, | 2:19-CV-00286-JAM-CKD |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | **Local Rule 141** |
| LAW FU, ASSOCIATE WARDEN MELBA S. STARR, WARDEN ROBERT BURTON | **(EXHIBITS TO DECLARATION OF DR. LAW FU IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT)** |
| PAROLE OFFICER KEN DIXON, | Date: September 13, 2022<br>Time: 1:30 p.m.<br>Dept: 6, 14th Floor |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, SACRAMENTO COUNTY SHERIFF SCOTT JONES, SACRAMENTO COUNTY SHERIFF DEPARTMENT EMPLOYEES JOHN DOES #1-10, | Judge: Hon. John A. Mendez<br>Trial Date: December 12, 2022<br>Action Filed: October 24, 2019 |
| SACRAMENTO COUNTY OFFICE OF COUNTY COUNSEL, SACRAMENTO COUNTY COUNSEL TRACI LEE, SACRAMENTO COUNTY COUNSEL EMPLOYEE RICK HEYER, SACRAMENTO COUNTY COUNSEL EMPLOYEE MR. WOODS | |

1

**SACRAMENTO COUNTY SHERIFF DEPARTMENT, SACRAMENTO ,**

Defendant.

Defendant Dr. Law Fu requests, pursuant to L.R. 141 and Fed. R. Civ. P. 5.2, that the Court seal the following documents in support of Defendant's Motion for Summary Judgment:

1. Medical Records of plaintiff Christopher Stewart attached as Exhibits A to P to Declaration of Dr. Law Fu in Support of Motion for Summary Judgment

The Court finds that due to the sensitivity of the records, good cause exists to seal the documents set forth above, thereby precluding public access to the records, and limiting access to the Court, the parties, and their employees, agents, representatives and experts.

The Clerk is accordingly instructed to file above-stated documents under seal, and to remove any copy or access from any publicly accessible systems.

**IT IS SO ORDERED.**

DATED: August 9, 2022              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE